# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-11-00201-CV

**William Prosser, Appellant**

**v.**

**Public Employees Credit Union, Appellee**

### FROM COUNTY COURT AT LAW NO. 2 OF TRAVIS COUNTY
### NO. C-1-CV-10-005471, HONORABLE ERIC SHEPPERD, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant's brief was due in this Court on July 25, 2011, and is overdue. If an appellant fails to file a brief, this Court may dismiss the appeal for want of prosecution unless the appellant reasonably explains the failure and appellee is not significantly injured by that failure. *See* Tex. R. App. P. 38.8(a)(1). On August 30, 2011, we sent notice to appellant that his brief was overdue and that the appeal may be dismissed for want of prosecution if appellant did not submit a proper motion to this Court on or before September 9, 2011. To date, no brief or motion for extension of time has been filed. Accordingly, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

_____

Bob Pemberton, Justice

Before Chief Justice Jones, Justices Pemberton and Henson

Dismissed for Want of Prosecution

Filed:   November 4, 2011